**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | |
|---|---|
| TIMOTHY JOHNSON, : | |
| : | |
| Plaintiff, : | |
| : | |
| vs. : | 1:05-CV-105 (WLS) |
| : | |
| LARA EFAW, M.D., ET. AL., : | |
| : | |
| Defendants. : | |

**ORDER**

Before the Court are Defendants Gupton's, Efaw's and Richardson's motions to dismiss. (Tabs 19, 24, 25, 28). Also, pending is Plaintiff's motion for default judgment against Defendant Richardson. (Tab 32). Plaintiff has filed a response agreeing to the dismissal of his claims against Gupton, Efaw and Richardson. (Tab 38). Accordingly, Defendants motion to dismiss (Tabs 19, 24, 25, 28) are **GRANTED.** Plaintiff's motion for default judgment against Defendant Richardson (Tab 32) is **DENIED as moot.**

**SO ORDERED**, this   18th   day of January, 2006.

 /s/W. Louis Sands
**W. LOUIS SANDS, CHIEF JUDGE
UNITED STATES DISTRICT COURT**