**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

| | | |
|---|---|---|
| TIMOTHY A. JOHNSON, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| vs. | : | 1:05-CV-105 (WLS) |
| | : | |
| RANDY KENDRICK, | : | |
| | : | |
| | : | |
| Defendant. | : | |

_____

**ORDER**

Pending before the Court is a letter from Defendant stating that the parties have reached a settlement in the above-styled case. (Ltr.). Based upon the parties' representation, the Court hereby **ORDERS** the parties to file their dismissal document(s) **no later than Friday, September 22, 2006.** In the event the parties are unable to file said document(s) by that date, the parties shall instead file a written status report concerning the settlement documents.

Further, all pending motions, including, but not limited to, Defendant's motion to dismiss (Doc. No. 21) are **DENIED without prejudice as moot.**

**SO ORDERED**, this   7th   day of September, 2006.

　　　　　　　　　　　　　　　　　　　　　　　　 /s/W. Louis Sands
　　　　　　　　　　　　　　　　　　　　　　　　**W. LOUIS SANDS, CHIEF JUDGE**
　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT**